# EXHIBIT B



Monmouth Beach Borough

03/03/25 12:10 Tax Payment

BLQ: 2.          37.
Name: 6 SUNSET LANE, LLC
Location: 6 SUNSET LANE

25   1 Prd-Tax Prin         2,836.52
25   1 Prd-Tax Int              45.38
                            ----------
                             2,881.90

Chk#: 6763
Batch Id: TAX0303
Ref Num: 9202 Seq: 4 to 4

  Cash Amount:               0.00
  Check Amount:          2,881.90
  Credit Amount:             0.00
                         ----------
        Total:           2,881.90