# EXHIBIT C

# ACORD™ EVIDENCE OF PERSONAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 02/12/2025

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**AGENCY**
Levitt-Fuirst Associates, LTD
520 White Plains Road
2nd Floor
Tarrytown, NY 10591

**PHONE (A/C, No, Ext):** (914) 457-4200
**FAX (A/C, No):** (914) 457-4200
**E-MAIL ADDRESS:** info@levittfuirst.com

**COMPANY**
Accredited Specialty Insurance Company
P.O. Box 140855
Orlando, FL 32814

**CODE:**       **SUB CODE:**
**AGENCY CUSTOMER ID #:** RUBBAFR001

**INSURED**
Frank Rubba
6 Sunset Lane
Monmouth Beach, NJ 07750

**LOAN NUMBER:**
**POLICY NUMBER:** 2OUANJ04S0206049-00
**EFFECTIVE DATE:** 08/11/2024
**EXPIRATION DATE:** 08/11/2025
**CONTINUED UNTIL TERMINATED IF CHECKED:** [ ]
**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION
**LOCATION/DESCRIPTION**
Loc # 1, 6 Sunset Lane, Monmouth Beach, NJ 07750

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---:|---:|
| **Loc # 1** | | |
| Dwelling | $645,000 | 10,000 |
| Other Structures | $20,000 | |
| Personal Property | $150,000 | |
| Personal Liability Each Occurrence | $300,000 | |
| Medical Payments Each Person | $1,000 | |
| Loss of Use | $10,000 | |
| Wind/Hail | | 5.0000% |

**REMARKS (Including Special Conditions)**

## CANCELLATION
THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ____30____ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST
**NAME AND ADDRESS**
Office of United States Trustee
1 Newark Center, Suite 2100
Newark, NJ 07102

[ ] MORTGAGEE
[ ] LOSS PAYEE
[ ] ADDITIONAL INSURED
[X] Additional Interest

**LOAN #**

**AUTHORIZED REPRESENTATIVE**
*[signature]*

ACORD 27 (2003/10)                                             © ACORD CORPORATION 1993