UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

6 Sunset Lane, LLC

| | |
|---|---|
| Case No.: | 25-11005 |
| Hearing Date: | 3/27/25 |
| Judge: | MEH |
| Chapter: | 11 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

Motion for Relief from Stay re: 6 Sunset Lane, Monmouth

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____February 18_____, 20 25  by _Jennifer Hiller-Nimeroff_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*