**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Stephen A. Schwimmer, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
sschwimmer@kbtlaw.com
*Attorneys for the Debtor-in-Possession, 6 Sunset Lane, LLC*

| | |
|---|---|
| IN RE:<br><br>6 SUNSET LANE, LLC,<br><br>Debtor-in-Possession. | **UNITED STATES<br>BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No. 25-11005-MEH<br><br>Judge: Hon. Mark E. Hall, U.S.B.J.<br><br>Hearing Date: June 16, 2025 at 10:00a.m. |

Pursuant to D.N.J. LBR 9013-1(a)(3), no brief or memorandum of law is necessary as the matter at issue does not present a complicated legal issue.

                            **THE KELLY FIRM, P.C.**
                            *Proposed Attorneys for Debtor-in-Possession,*
                            *6 Sunset Lane, LLC*

              By:    */s/ Stephen A. Schwimmer*
                      **STEPHEN A. SCHWIMMER**

Dated: May 22, 2025