**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Stephen A. Schwimmer, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
sschwimmer@kbtlaw.com
*Attorneys for the Debtor-in-Possession, 6 Sunset Lane, LLC*

| | |
|---|---|
| IN RE:<br><br>6 SUNSET LANE, LLC,<br><br>Debtor-in-Possession. | **UNITED STATES<br>BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No. 25-11005-MEH<br><br>Judge: Hon. Mark E. Hall, U.S.B.J.<br><br>Hearing Date: June 16, 2025 at 10:00a.m. |

**ORDER EXPUNGING CLAIMS PURSUANT TO 11 U.S.C. §502**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page:     2
Debtor:    6 Sunset Lane, LLC
Case No:   25-11005
Caption:   ORDER EXPUNGING CLAIMS PURSUANT TO 11 U.S.C. §502

---

This matter having been brought before the Court upon the Motion of the Debtor, 6 Sunset Lane, LLC ("Debtor"), by and through Debtor's counsel, The Kelly Firm, P.C., seeking an Order Expunging Claim 3 of Glenn Del Russo (the " Del Russo Claim") filed against the estate pursuant to 11 U.S.C. §502; and good and sufficient notice having been given to all interested parties; and the Court having reviewed the papers submitted in support of said motion and those submitted in opposition, if any; and for good cause shown; it is hereby

ORDERED that the Debtor's Motion is granted; and it is further

ORDERED that the Del Russo Claim is hereby expunged and stricken.